IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02704-GPG

MARY DANIELSON-GRODIN,
MATT LINCOLN,
JOHN DEMMING,
NATHAN YBANEZ,
SIMON SUE,
SAM LINCOLN,
ATORRUS RAINER,
GREG RIVAS,
DWIGHT HAZEL, and
PATRICK SUCHAIYA,

      Plaintiffs,

v.

RICH RAEMISCH, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections (CDOC),
LOU ARCHULETA, In his Official Capacity as Director of Prisons for CDOC,
THE SCF MAIL ROOM,
THE SCF PUBLICATION REVIEW COMMITTEE,
BERNADETTE SCOTT, In her Official Capacity as Lieutenant of the SCF Mail Room
      and in her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "DJ," In his/her Individual Capacity,
MICHELLE NYCZ-HALLIGAN, In her Official Capacity as a Major on the SCF
      Publication Review Committee and in her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "PDR," In his/her Individual Capacity,
IRIS CHRISTIANS, In her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "Z SMITH," In his/her Individual Capacity,
UNKNOWN CDOC PUBLICATION REVIEW COMMITTEE,
UNKNOWN ADMINISTRATIVE HEAD,
RANDY OLGUIN, In his Individual Capacity,
PAMELA J. PLOUGHE, In her Individual Capacity,
BUENA VISTA CORRECTIONAL CENTER PUBLICATION REVIEW COMMITTEE,
WILLIAM BRUNELL, In his Individual Capacity,
ANGEL MEDINA, In his Individual Capacity,
SCF CORRECTIONAL OFFICER OCHOA, In her Individual Capacity,
SCF SERGEANT ROBERT HRADECKY, In his Individual Capacity,
ANDRIES PRINSLOO, In his Individual Capacity, and
JOHN CHAPDELAINE, In his Individual Capacity,

      Defendants.

## ORDER DISMISSING COMPLAINT IN PART

In the October 14, 2014 Order to Cure Deficiencies, Plaintiffs Mary Danielson-Grodin, Matt Lincoln, and John Demming were directed to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form that is used by nonprisoners, since they are not incarcerated; and if they desire to proceed *in forma pauperis.*  Although Plaintiffs Danielson-Grodin, Lincoln, and Demming failed to comply with the October 14 Order, within the time allowed, Magistrate Judge Gordon P. Gallagher entered an order on December 17, 2014, allowing them an additional thirty days to comply.  Plaintiffs Danielson-Grodin, Lincoln, and Demming were warned that the action would be dismissed without further notice if they failed to comply with the December 17 Order within the time allowed.

Plaintiffs Danielson-Grodin, Lincoln, and Demming  now have failed to communicate with the Court, and as a result they have failed to cure the deficiencies pertaining to them within the time allowed.  These Plaintiffs, therefore, will be dismissed from this action.  Accordingly, it is

ORDERED that Plaintiffs Mary Danielson-Grodin, Matt Lincoln, and John Demming are dismissed from the instant action for failure to comply with the December 17, 2014 Order within the time allowed.

DATED at Denver, Colorado, this __17th__ day of ___February____, 2015.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2