IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02704-GPG

NATHAN YBANEZ,
SIMON SUE,
SAM LINCOLN,
ATORRUS RAINER,
GREG RIVAS,
DWIGHT HAZEL, and
PATRICK SUCHAIYA,

    Plaintiffs,

v.

RICH RAEMISCH, In his Official Capacity as Executive Director of the Colorado
    Department of Corrections (CDOC),
LOU ARCHULETA, In his Official Capacity as Director of Prisons for CDOC,
THE SCF MAIL ROOM,
THE SCF PUBLICATION REVIEW COMMITTEE,
BERNADETTE SCOTT, In her Official Capacity as Lieutenant of the SCF Mail Room
    and in her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "DJ," In his/her Individual Capacity,
MICHELLE NYCZ-HALLIGAN, In her Official Capacity as a Major on the SCF
    Publication Review Committee and in her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "PDR," In his/her Individual Capacity,
IRIS CHRISTIANS, In her Individual Capacity,
SCF MAIL ROOM EMPLOYEE "Z SMITH," In his/her Individual Capacity,
UNKNOWN CDOC PUBLICATION REVIEW COMMITTEE,
UNKNOWN ADMINISTRATIVE HEAD,
RANDY OLGUIN, In his Individual Capacity,
PAMELA J. PLOUGHE, In her Individual Capacity,
BUENA VISTA CORRECTIONAL CENTER PUBLICATION REVIEW COMMITTEE,
WILLIAM BRUNELL, In his Individual Capacity,
ANGEL MEDINA, In his Individual Capacity,
SCF CORRECTIONAL OFFICER OCHOA, In her Individual Capacity,
SCF SERGEANT ROBERT HRADECKY, In his Individual Capacity,
ANDRIES PRINSLOO, In his Individual Capacity, and
JOHN CHAPDELAINE, In his Individual Capacity,

    Defendants.

---

ORDER DISMISSING COMPLAINT IN PART

In the December 17, 2014 Second Order to Cure Deficiencies, Plaintiff Dwight Hazel was directed to submit a prisoner account statement that covered the entire six months prior to October 2, 2014, the date this action was initiated. Although Plaintiff Dwight Hazel failed to comply within the time allowed, Magistrate Judge Gordon P. Gallagher entered a minute order on February 14, 2015, allowing him an additional thirty days to comply. Plaintiff was warned that the action would be dismissed without further notice if he failed to comply with the December 17, 2014 Order within the time allowed.

Plaintiff Dwight Hazel now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies pertaining to him within the time allowed. This Plaintiff, therefore, will be dismissed from this action. Accordingly, it is

ORDERED that Plaintiff Dwight Hazel is dismissed from the instant action for failure to comply with the December 17, 2014 Order within the time allowed.

DATED at Denver, Colorado, this  25th  day of   March         , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court